TAYLOR vs.

ST. LOUIS COUNTY BD OF ELECTIONS COMMISSIONERS, ET AL.

No. 4:07-CV-01544-TCM

United States District Court
Eastern District of Missouri

OCT. 28 2008

## MEMORANDUM FOR CLERK

I. DEFENDANTS' MOTION TO COMPEL MED DOCUMENTS (DOC. 29) HEARD AND GRANTED WITH REGARD TO RECORDS REFLECTING PLAINTIFF'S EMOTIONAL CONDITION AND/OR TREATMENT THEREOF FROM 1997-PRESENT.

II. PLAINTIFF'S MOTION TO COMPEL (DOC. 40) HEARD AND GRANTED IN PART AND DENIED IN PART. PLAINTIFF'S REQUEST FOR FINANCIAL INFORMATION REGARDING INDIVIDUAL DEFENDANTS DENIED WITHOUT PREJUDICE, INDIVIDUAL DEFENDANTS TO PREPARE DETAILED BALANCE SHEETS SHOULD COURT REVISIT THIS ISSUE. PLAINTIFF'S REQUEST FOR INFORMATION ABOUT PLAINTIFF WHICH WAS DISCUSSED IN CLOSED SESSION MEETINGS IS GRANTED; PARTIES TO WORK OUT A STIPULATION ABOUT ISSUE.

Attorney for Plaintiff / Defendant

Taylor vs. St. Louis County Bd of Elections Commissioners, et al.

No. 4:07-CV-01544-TCM

United States District Court
Eastern District of Missouri

Oct. 28, 2008

**MEMORANDUM FOR CLERK**

III. DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DOC. 45) GRANTED WITHOUT PREJUDICE.

IV. DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT (DOC. 37) HEARD AND DENIED.

ELI KARSH #47324
ATTORNEY FOR PLAINTIFF

Andrew J Martone #3760
Atty for Defendants

So ordered
10/28/08

Attorney for Plaintiff / Defendant