# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JUDITH A. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07cv1544 TCM |
| ) | |
| ST. LOUIS COUNTY BOARD OF ) | |
| ELECTION COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the Court on the unopposed motion of Defendants to amend the case management order by rescheduling the trial date and the filing deadline for pre-trial compliance materials. [Doc. 67] This motion is **GRANTED**. The case is removed from the trial docket of February 9, 2009, and will be reset after the Court rules on the pending motions for summary judgment.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of January, 2009.