UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JUDITH A. TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 4:07cv1544 TCM** |
| ) | |
| **ST. LOUIS COUNTY BOARD OF** ) | |
| **ELECTION COMMISSIONERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Court having been informed that the parties have settled the one issue remaining in this case after previous rulings,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **July 27, 2009**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, the papers necessary for a final judgment.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of July, 2009.