**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDITH A. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV01544 TCM |
| | ) | |
| ST. LOUIS COUNTY BOARD OF ELECTION | ) | |
| COMMISSIONERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL AND MOTION FOR FINAL ORDER**

Comes Now Plaintiff, through her attorney, and for her Stipulation of Dismissal and

Motion for Final Order states that the parties have resolved Count II of Plaintiff's Complaint.

Therefore, Plaintiff requests the Court dismiss, with prejudice, Count II of her Complaint as to

all Defendants, each party to bear its own costs.  Plaintiff informs the Court that this request, in

conjunction with the Court's prior rulings regarding Count I of her Complaint, results in all

claims now being resolved either through agreement of the parties or order of the Court.

LIBERMAN, GOLDSTEIN & KARSH

/s/ Eli Karsh
_____
Eli Karsh, #43061
230 S. Bemiston, Suite 1200
St. Louis, Missouri 63105
(314) 862-3333, ext. 13
(314) 862-0605, facsimile

Attorney for Plaintiff

<u>Certificate of Service</u>

The undersigned certifies that the foregoing was filed electronically with the Court this 4th day of November, 2009 and is to be sent electronically by the Court to: Mr. Andrew Martone, Bobroff, Hesse, *et al.*, 1650 Des Peres Rd., Suite 200, St. Louis, MO 63131, attorney for Defendants.

/s/ Eli Karsh

_____

2