UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDITH A. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01544 TCM |
| ) | |
| ST. LOUIS COUNTY BOARD OF ELECTION ) | |
| COMMISSIONERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied ___
Overruled ___
Date ___
[signature] 11/4/09

## STIPULATION OF DISMISSAL AND MOTION FOR FINAL ORDER

Comes Now Plaintiff, through her attorney, and for her Stipulation of Dismissal and Motion for Final Order states that the parties have resolved Count II of Plaintiff's Complaint. Therefore, Plaintiff requests the Court dismiss, with prejudice, Count II of her Complaint as to all Defendants, each party to bear its own costs. Plaintiff informs the Court that this request, in conjunction with the Court's prior rulings regarding Count I of her Complaint, results in all claims now being resolved either through agreement of the parties or order of the Court.

LIBERMAN, GOLDSTEIN & KARSH

/s/ Eli Karsh

Eli Karsh, #43061
230 S. Bemiston, Suite 1200
St. Louis, Missouri 63105
(314) 862-3333, ext. 13
(314) 862-0605, facsimile

Attorney for Plaintiff