IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDITH A. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV01544 TCM |
| | ) |
| ST. LOUIS COUNTY BOARD OF ELECTION | ) |
| COMMISSIONERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Judith A. Taylor, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Eighth Circuit from the grant of summary judgment to Defendants on Count I (wrongful discharge in violation of public policy) of her Complaint which the district court entered in this action on April 30, 2009, and which order became final on November 4, 2009. A completed copy of Appellant's Form A is filed herewith and is to be served on Defendants via the Court's electronic system.

LIBERMAN, GOLDSTEIN & KARSH

/s/ Eli Karsh
_____
Eli Karsh, #43061
230 S. Bemiston, Suite 1200
St. Louis, Missouri 63105
(314) 862-3333, ext. 13
(314) 862-0605, facsimile

Attorney for Plaintiff

<u>Certificate of Service</u>

  The undersigned certifies that the foregoing was filed electronically with the Court this 20th day of November, 2009 and is to be sent electronically by the Court to: Mr. Andrew Martone, Bobroff, Hesse, *et al.*, 1650 Des Peres Rd., Suite 200, St. Louis, MO 63131, attorney for Defendants.

           /s/ Eli Karsh
           _____